# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>VIRGINIA CERVANTES (2),<br><br>          Defendant. | Case No. <u>21-CR-216-CAB</u><br><br>**ORDER AND JUDGMENT ON UNITED STATES' MOTION TO DISMISS THE INFORMANTION WITHOUT PREJUDICE**<br><br>The Honorable Cathy A. Bencivengo |

On the motion filed by the United States of America and good cause shown,

IT IS HEREBY ORDERED the Motion to Dismiss the Information (ECF No. 35) as to defendant Virginia Cervantes, without prejudice, is GRANTED. It is the judgment of the Court the Information is dismissed without prejudice.

IT IS FURTHER ORDERED the bond is exonerated as to defendant Virginia Cervantes.

IT IS SO ORDERED.

DATED: 5/4/2021

                                                              Hon. Cathy Ann Bencivengo
                                                              United States District Judge